# EXHIBIT A

Recent Market Prices

