UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DOLAT VENTURES, INC.,

                     Plaintiff,            Case No.:    1:17-cv-2542 ARR

-AGAINST-

VSTOCK TRANSFER, LLC, et al.,

                    Defendants.
------------------------------------------------------------------ X

*FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ JUL 10 2017 ★ BROOKLYN OFFICE*

## MOTION FOR EXTENSION OF TIME

The undersigned hereby requests a thirty day extension of time to find an attorney and / or file a motion or response to the Complaint as the undersigned was just recently served and needs additional time to retain an attorney or prepare its defenses.

Dated: July 5, 2017

Name: Nechama Kuravskiy
Address: 525 Lefferts Ave 4B
            Brooklyn, N.Y. 11225
Phone: 718 493-7332
Email: nechumak@gmail.com

## AFFIRMATION OF SERVICE

     I hereby certify that on the 5 day of July, 2017 I served this Motion for Extension of Time via U.S. Mail to the below addresses:

Law Offices of Roger L Fidler
8246 135th St, Suite 6U
Briarwood, NY 11435

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Name: Nechama Kuravskiy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DOLAT VENTURES, INC.,

                Plaintiff,                Case No.:    1:17-cv-2542

-AGAINST-

VSTOCK TRANSFER, LLC, et al.,

                Defendants.
------------------------------------------------------------------ X

## MOTION FOR EXTENSION OF TIME

The undersigned hereby requests a thirty day extension of time to find an attorney and / or file a motion or response to the Complaint as the undersigned was just recently served and needs additional time to retain an attorney or prepare its defenses.

Dated: July _5_, 2017

*MAZEL PROPERTY ENTERPRISE CORP*

Name: _Bleier Miriam_
Address: _1365 Carroll Str._
_Bklyn NY 11213_
Phone: _347 885 9734_
Email: _____

## AFFIRMATION OF SERVICE

I hereby certify that on the _5_ day of July, 2017 I served this Motion for Extension of Time via U.S. Mail to the below addresses:

Law Offices of Roger L Fidler
8246 135th St, Suite 6U
Briarwood, NY 11435

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*MAZAL PROPERTY ENTERPRISE CORP.*

Name: _Miriam Bleier_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DOLAT VENTURES, INC.,

                Plaintiff,                Case No.:    1:17-cv-2542

-AGAINST-

VSTOCK TRANSFER, LLC, et al.,

                Defendants.
------------------------------------------------------------------ X

### MOTION FOR EXTENSION OF TIME

The undersigned hereby requests a thirty day extension of time to find an attorney and / or file a motion or response to the Complaint as the undersigned was just recently served and needs additional time to retain an attorney or prepare its defenses.

Dated: July _5_, 2017

                                _[signature]_
Name: _Elimelech Rosenblat_
Address: _707 Montgomery St_
_Brooklyn, NY 11213_
Phone: _718-594-7952_
Email: _____

### AFFIRMATION OF SERVICE

I hereby certify that on the _5_ day of July, 2017 I served this Motion for Extension of Time via U.S. Mail to the below addresses:

Law Offices of Roger L Fidler
8246 135th St, Suite 6U
Briarwood, NY 11435

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                              _[signature]_
Name: _Elimelech Rosenblat_

1647 President St
Brooklyn, NY 11213

NEW YORK, NY 100
06 JUL 2017 PM 3 L

United States District Court
Eastern District of New York
c/o Clerk of the Court
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ JUL 10 2017 ★

BROOKLYN OFFICE

11201-183299