IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____

DOLAT VENTURES, INC.,

        Plaintiff,

-against-

VSTOCK TRANSFER LLC, HILLEL ISSEROFF, J&M FAMILY FOUNDATION, INC., GERARD VALENTINE KELLY, JOHN MCDONNELL, PARK AVE DISCOVERIES, COLM REILLY NORTHERN CAPITAL, SAM SCHLESINGER, RIVIE SCHWEBEL, G. WATTERS PENSION TRUST, BENJAMIN NEUMAN, MAZEL PROPERTY ENTERPRISE CORP., ADAM BRAUN, GLENN S. BORDOFF, KIERAN PHILLIPS, NEIL MCGEOWN, BARRY OLIVER, JOHN KERR PENSION TRUST, AIDAN DONNELLY, COLM REILLY, AUSTIN WILLIAMS MATHEWS, EUGENE LARKIN, NOEL WATTERS, JOHN MCENEANEY, BERNARD MCDONNELL, STEVE WATTERS, MAURICE RYAN, CARMEL CLARKE, JOHN CARMODY, DERMOT FINNAN, CATHAL CLARKE, STEVE HAMILTON, ELIMELECH ROSENBLAT, DAVID CANTWELL, CHABAD OF NORTH HOLLYWOOD, and ROGER CONAN,

        Defendants.
_____

Civil No. 17 Civ. 2542 (ARR)(CLP)

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(1)(A)(i) the Plaintiff Dolat Ventures, Inc. hereby dismisses, by and through counsel, the above captioned action prior to the filing of an Answer or the bringing of a Motion for Summary Judgment.

Dated: January 3, 2018

LAW OFFICES OF ROGER L. FIDLER

BY: /s/ Roger L. Fidler
Roger L. Fidler (rf9997)
8246 135th Street., Ste. 6U
Briarwood, NY 11435
Tel: (201) 220-8734
Fax: (201) 464-7943
Attorney for Plaintiff